**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| John Carl Colletti,<br><br>  Petitioner<br><br>v.<br><br>State of Nevada,<br><br>  Respondent | Case No.: 2:24-cv-01928-JAD-DJA<br><br>**Order Directing Petitioner to File Completed *In Forma Pauperis* Application or Pay Filing Fee by December 13, 2024** |

Petitioner John Carl Colletti has submitted a pro se petition for writ of habeas corpus under 28 U.S.C. § 2254 to challenge his 2023 drug and firearm convictions.[1] He applies to proceed *in forma pauperis*, but the financial certificate is not signed by an authorized officer and he has failed to provide the required inmate account statements for the past sixth months.[2] As a result, this action is subject to dismissal without prejudice.[3] But it is unclear from the record whether such a dismissal will materially affect a later analysis of any timeliness issue with respect to a new action, so I give Colletti 30 days to get the filing fee paid or file a completed *ifp* application.

IT IS THEREFORE ORDERED that **Colletti has until December 13, 2024, to either pay the $5.00 filing fee or file a fully completed application to proceed *in forma pauperis*.** Failure to do so may result in the dismissal of this action without prejudice and without further prior notice.

---

[1] ECF No. 1-1.

[2] *See* ECF No. 1.

[3] 28 U.S.C. § 1915(a)(2); Local Rule LSR 1-2.

1  IT IS FURTHER ORDERED that **the Clerk of Court is directed to RETAIN the petition [ECF No. 1-1] but not file it** at this time.

                                            U.S. District Judge Jennifer A. Dorsey
                                                            November 13, 2024