UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| John Carl Colletti, | Case No.: 2:24-cv-01928-JAD-DJA |
| Petitioner | **Order Dismissing Petition Without Prejudice, Denying Application to Proceed** *in Forma Pauperis* **and a Certificate of Appealability, and Closing the Case** |
| v. | |
| State of Nevada, | |
| Respondent | [ECF No. 1] |

Petitioner John Carl Colletti submitted this pro se petition for writ of habeas corpus under 28 U.S.C. § 2254.[1] Because his application to proceed *in forma pauperis* was incomplete, I directed Colletti to pay the filing fee or file a completed *ifp* application within 30 days.[2] That order was served on Colletti at his address of record.[3] More than the allotted time has passed, and Colletti has not paid the filing fee, filed a completed *ifp* application, or contacted the court in any way. **IT IS THEREFORE ORDERED that this habeas petition is dismissed without prejudice.**[4] A certificate of appealability will not issue, as jurists of reason would not debate the dismissal of the petition as improperly commenced. IT IS FURTHER ORDERED that the incomplete *ifp* application **[ECF No. 1] is DENIED**. The Clerk of Court is directed to **ENTER JUDGMENT accordingly and CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
January 23, 2025

---

[1] ECF No. 1-1.

[2] ECF No. 3.

[3] *See id*.

[4] 28 U.S.C. § 1915(a)(2); Local Rule LSR 1-2.